IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADAM R. MCKEE,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br><br>Defendant. | CV 21-00126-BLG-SPW-KLD<br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the ALJ shall further develop of the record, hold a de novo hearing, and issue a new decision. The ALJ shall get Dr. Halfaker's entire July 2017 report, or if not available, document the agency's efforts to get it. The ALJ shall then reconsider Dr. Halfaker's opinion. Finally, the ALJ shall, as necessary, reconsider the claimant's impairments at steps two and three, reconsider the medical opinion evidence, reconsider the claimant's statements, reconsider the lay witness evidence, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

Dated the 9th day of June, 2022.

_____
KATHLEEN L. DESOTO
UNITED STATES MAGISTRATE JUDGE