UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ADAM R. MCKEE,<br><br>              Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br><br>              Defendant. | Case No. CV-21-126-BLG-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 9th day of June, 2022.

                                          TYLER P. GILMAN, CLERK

                                            By: /s/ Annie Puhrmann
                                            Annie Puhrmann, Deputy Clerk